1 MICHAEL LOREN MEDLIN (Full Name)
2 ☐ Individually
3 ☒ d/b/a Affordable Autographs.com (Business Name)
4 BIGRED1769@GMAIL.COM (Email Address)
5 5936 CARLTON WAY #11 (Address Line 1)
6 Hollywood, CA 90028 (Address Line 2)
7 1-818-668-0068 (Phone Number)
8 Defendant in Pro Per

FILED
CLERK, U.S. DISTRICT COURT
OCT 1 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARRY ROSEN,
    Plaintiff,
vs.
MICHAEL MEDLIN
AFFORDABLE AUTOGRAPHS
    Defendant(s).

Case No.: 2:15-CV-05789-ODW(JCx)

**NOTICE OF MOTION AND MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**

Hearing Date: 11/16/2015
Hearing Time: 1:30 PM
Judge: WRIGHT (Judge's name)
Place: Courtroom 11 (courtroom number)

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

PLEASE TAKE NOTICE that on 11/16/2015 (date) at 1:30 PM (time), or as soon thereafter as this matter may be heard in the above-entitled Court located at Courtroom 11 (address of the Court in which the motion is being made),

///

Revised: August 2013
Form Prepared by Public Counsel.
© 2011, 2013 Public Counsel.
All rights reserved.

1

Notice of Motion and Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)

1  __MICHAEL LOREN MEDLIN__, the Defendant in this case, will
   (your name)
2  move this Court to set aside entry of default for good cause, pursuant to Rule
3  55(c) of the Federal Rules of Civil Procedure.
4      This motion is based upon the attached Memorandum of Points and
5  Authorities, Declaration(s) in Support, the complete files and records in this
6  action, and upon such oral and documentary evidence as may be allowed at the
7  hearing of this motion.
8      This motion is made following the conference of counsel pursuant to L.R.
9  7-3 which took place on __10/14/15__.
10                                    (date)

11  DATED: __10/14/15__    By: __[signature]__
12                                   (sign)
13                              __MICHAEL L. MEDLIN__
                                   (print name)
14
15                              Defendant in Pro Per