MICHAEL MEDLIN (Full Name)

☐ Individually

☒ d/b/a AFFORDABLE AUTOGRAPHS (Business Name)

BIGRED1769@GMAIL.COM (Email Address)

5936 CARLTON WAY #11 (Address Line 1)

HOLLYWOOD, CA 90028 (Address Line 2)

818-668-0068 (Phone Number)

Defendant in Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARRY ROSEN,

Plaintiff,

vs.

MICHAEL MEDLIN
AFFORDABLE AUTOGRAPHS

Defendant(s).

Case No.: 2:15-CV-05789-ODW(JCx)

**DEFENDANT'S DECLARATION IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**

Hearing Date: 2/22/16
Hearing Time: 1:30
Judge: WRIGHT (Judge's name)
Place: Courtroom 11 (courtroom number)

I, MICHAEL MEDLIN (print name), declare as follows:

1. I am the Defendant in the above-entitled case.

2. I have personal knowledge of the following facts, and, if called as a witness, I could and would competently testify thereto.

3. I became aware of this lawsuit on (date): 10/10/15 (APPROX).

I found out about this lawsuit because: I RECIEVED A MOTION TO ENTER DEFAULT 10/10/15.

4. I responded to the lawsuit by taking the following actions:

*(Explain what actions you took to respond to the lawsuit, and include specific dates.)*

I FILED AN ANSWER TO THE COMPLAINT ON 9/2/15 I DID KNOW PLAINTIFF FILED AN AMENDED COMPLAINT UNTIL A FEW DAYS AGO WHEN I GOT THE MOTION TO ENTER DEFAULT PAPERS.

5. My delay in filing a response to the lawsuit was not intentional. I did not file a timely formal response to the lawsuit for the following reasons: I DID NOT RECIEVE ANY MAIL NOTIFYING ME THAT I HAD TO FILE AN ANSWER A SECOND TIME.

6. The following facts support my defenses to this lawsuit:

7. I have no reason to believe Plaintiff will suffer prejudice if the Court grants this motion.

8. *(Include any other facts you want the Court to know.):* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/15/15___, in ___Los Angeles, California___.
       (date of signing)              (city, state of signing)

Sign: _____

Print Name: ___Michael L. Medlin___
           Defendant in Pro Per

4

Declaration in Support of Motion to Set Aside Entry of Default Pursuant to Fed. R. Civ. P. 55(c)